IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 045 |
| | ) | CR. No. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| THOMAS L. WOODWARD | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about October 25, 2005, in the District of Rhode Island, the Defendant, THOMAS L. WOODWARD, by intimidation, did knowingly take from the person and presence of another money, namely approximately $4,336.00 (four thousand, three hundred and thirty-six dollars), belonging to and in the care, custody, control, management, and possession of Bank of Newport, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

COUNT II

The Grand Jury further charges:

On or about November 8, 2005, in the District of Rhode Island, the defendant, THOMAS L. WOODWARD, by intimidation, did knowingly take from the person and presence of another money, namely, approximately $4,778.00 (four thousand, seven hundred and seventy-eight dollars), belonging to and in the care, custody, control, management, and possession of Bank of Newport, a bank

whose deposits were then insured by the Federal Deposit Insurance Corporation;

All in violation of 18 U.S.C. § 2113(a).

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 1/11/06