FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 06-004S |
| | ) | |
| THOMAS L. WOODWARD | ) | |

**MOTION TO UNSEAL**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves to unseal the arrest warrant in the above-listed case. Defendant is incarcerated at the Adult Correctional Institution, Cranston, Rhode Island, and a detainer has been lodged against him.

GRANTED. 1/13/06 USMJ

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CORRENTE CLARK
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700