AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

USA DISTRICT OF RI

v.

Thomas Woodward

## APPEARANCE

Case Number: CR 06-045.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Woodward

I certify that I am admitted to practice in this court.

1-20-6

Date

Signature

K J Fitzgerald 5775

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number