# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED
JAN 1 3 2006
US MARSHALS
RHODE ISLAND

***Case No. CR06-04S***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **THOMAS WOODWARD**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:45 o'clock a.m.**, on the **20th** day of **January, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the [illegible] defendant, on the [illegible] ordered.
Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: January 13, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT

*by* ____________________
*Jeannine Theall - Deputy Clerk*