UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-04S |
| | ) | |
| THOMAS WOODWARD | ) | |

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the defendant, Thomas Woodward, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on March 7, 2006.

The trial of this matter is currently scheduled for jury empanelment on March 7, 2006, and trial thereafter. The defendant is requesting that this matter be continued for an additional thirty (30) days. The exclusion of a period of 30 days in this matter will allow for more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial.

Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Counsel for the Government, James Leavey, Assistant United States Attorney, has indicated that the Government has no objection to the granting of this motion.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Thomas Woodward
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to James Leavey, Assistant United States Attorney, on January 31, 2006.