UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0004S |
| | ) | |
| THOMAS WOODWARD | ) | |

---

MOTION TO CONTINUE

Now comes Thomas Woodward, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue these proceedings for sixty days, excludable under the Speedy Trial Act 18 USC § 3161(h)(8). This case is presently scheduled for the March trial calendar and empanelment on March 7, 2006.

The Defense requests this continuance in order to efficiently and competently resolve this matter. Mr. Woodward was initially charged with two counts of second degree robbery in RI State court (Case #62-2005-21250). The government indicted Mr. Woodward on the parallel charges herein and he was arraigned in January, 2006. The Commonwealth of Massachusetts also filed a detainer on Mr. Woodward with the ACI based on another robbery allegation. On, or about, February 24, 2006, in a rather unique happenstance, the State of RI released Mr. Woodward to the MA authorities. He is presently being housed by the Bristol County Sheriff's Department in the Ash Street Jail, New Bedford, MA, with his MA charges now pending. It is not clear, at present, when the MA charges will be resolved.

Mr. Woodward's location presents a significant hurdle in resolving his present case here. While New Bedford is relatively close, it is neither practical or convenient for counsel to visit him at this time due to case load commitments. Also, this case involves more than one hundred pages of discovery and simply cannot be explained or effectively discussed over the phone. Counsel will be able to visit Mr. Woodward in the future to discuss and resolve this matter (or prepare for trial), but needs additional time now to plan accordingly.

The government has no objection to this continuance.

Respectfully Submitted
Thomas Woodward,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA James Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 14th day of March, 2006.