IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. 06-004S |
| | ) | |
| THOMAS WOODWARD | ) | |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Comes now Petitioner, the United States of America, by and through the Office of the United States Attorney for the District of Rhode Island, and respectfully states to the Court that THOMAS WOODWARD is now confined at the Bristol House of Corrections, New Bedford, Massachusetts, having been incarcerated on a charge against the laws of the Commonwealth of Massachusetts.

Your Petitioner further states to the Court that the said THOMAS WOODWARD is presently under indictment in the District of Rhode Island for two bank robberies.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the Warden at said House of Corrections and/or the United States Marshal, to have in Providence, Rhode Island, on Monday, April 17, 2006, the body of the said THOMAS WOODWARD and to produce him on Monday, April 17, 2006, and from time to time thereafter as this Court may require him to answer charges in the case entitled United States v. Thomas Woodward, CR 06-004S and the said THOMAS WOODWARD to remain in the custody of the United States Marshal and to be returned to the custody of the said Warden or his authorized representative upon the completion of the said trial of said THOMAS WOODWARD and his sentencing, if convicted.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney