AFFIDAVIT

I, James H. Leavey, being duly sworn, deposes and says:

1. I am an Assistant United States Attorney for the District of Rhode Island.

2. Thomas Woodward is presently under indictment for two bank robberies in the District of Rhode Island. On January 20, 2006, he was ordered detained by Magistrate Judge Almond and was returned to the Adult Correctional Institution (ACI), Cranston, Rhode Island, and a federal detainer was lodged against him.

3. For some unknown reason, the ACI released the defendant to Massachusetts authorities where he is charged for a third bank robbery. He is presently being held at the Bristol House of Corrections in New Bedford, Massachusetts.

4. I am advised by an Assistant District Attorney in Bristol County that he does not expect Mr. Woodward to be tried until July, 2006, or after and he has no objection to the granting of this writ.

5. Wherefore, the government respectfully requests that this Court issue the attached Writ of Habeas Corpus Ad Prosequendum.

James H Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
District of Rhode Island

Subscribed and sworn to before
me this 11th day of April, 2006,
in Providence, Rhode Island.

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court