IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR. 06-004S
)
THOMAS WOODWARD )

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

WARDEN
Bristol House of Corrections
New Bedford, Massachusetts
AND/OR THE UNITED STATES MARSHAL, DISTRICT OF RHODE ISLAND

GREETINGS:

We command that you have the body of THOMAS WOODWARD , now detained and under your custody at the Bristol House of Corrections, New Bedford, Massachusetts, as it is said under safe and secure conduct, at the United States Courthouse in Providence, Rhode Island, on Monday, April 17, 2006, the said THOMAS WOODWARD to remain in the custody of the United States Marshals Service, and upon the completion of his trial, to be returned to said Warden or an authorized representative of the Bristol House of Corrections, New Bedford, Massachusetts, and have you then and there this Writ.

LINCOLN D. ALMOND
United States Magistrate Judge

DATE: 4/11/06