UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-04S |
| | ) | |
| THOMAS WOODWARD | ) | |

---

## MEMORANDUM AND COMMITMENT ORDER

On April 26, 2006, this Court, pursuant to 18 U.S.C. §4241(a), sought to determine whether there was reasonable cause to believe that the above-captioned defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, and to assist properly in his defense. The defendant's counsel has moved the Court for such an examination, submitting a memorandum in support of the motion. The Government does not object. After consideration of the matter, the Court makes the following findings:

1. The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. 18 U.S.C. § 4241(a).

2. The Court bases its findings upon the memorandum supplied by defense counsel in this matter detailing the defendant's current behavior and psychiatric history.

Therefore it is hereby

**ORDERED**

1. Pursuant to 18 U.S.C. §42479b), the defendant is hereby ordered to be remanded to the custody of the Attorney General of the United State for placement in a suitable facility to perform a psychiatric or psychological examination to determine the competency of the defendant to understand the charges against him, and to participate in his defense.

2. It is further ordered, that pursuant to 18 U.S.C. §4247(b), the Court hereby designates the closest suitable facility to be Fort Devens, Massachusetts.

3. Pursuant to 18 U.S.C. §3161(h)(1)(A), the delay necessitated by the pendency of the defendant's competency examination shall not be included in calculating the time for filing of an Information or Indictment under the Speedy Trial Act.

By Order,

Deputy Clerk

ENTER:

United States District Court Judge William E. Smith

Date: 4/27/06