**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-04S** |
| | ) | |
| **THOMAS WOODWARD** | ) | |

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the defendant, Thomas Woodward, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on July 13, 2006.

The trial of this matter is currently scheduled for jury empanelment on July 13, 2006, and trial thereafter. The defendant is requesting that this matter be continued for an additional sixty (60) days. Counsel was advised by the United States Marshal's Office that the defendant arrived at Fort Devens on July 13, 2006 for his court-ordered psychological evaluation.

Counsel for the Government, James Leavey, Assistant United States Attorney, has indicated that the Government has no objection to the granting of this motion.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Thomas Woodward
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to James Leavey, Assistant United States Attorney, on July 13, 2006.