**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-04S** |
| | ) | |
| **THOMAS WOODWARD** | ) | |

---

**MOTION FOR CONTINUANCE OF EMPANELMENT**

Now comes the defendant, Thomas Woodward, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on September 6, 2006.

The trial of this matter is currently scheduled for jury empanelment on September 6, 2006, and trial thereafter. The defendant is requesting that this matter be continued for an additional thirty (30) days. In support of this motion, counsel states that the Defendant returned from FMC Devens after a mental health evaluation, however, the Wyatt Detention Facility failed to continue the Defendant's medication prescribed by Devens.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Thomas Woodward
By his attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney, on August 8, 2006.

/s/ Kevin J. Fitzgerald