Case 1:06-cr-00004-S-LDA Document 42 Filed 05/30/2007 Page 1 of 1

## Identifying Data

Name: Thomas L Woodward
USMS: 05706-070
F.B.I: 656929-VA3

Cr. No.# Docket:
1:6CR00004-01S

## Request for Sentencing Transcript

I Thomas Woodward respectfully Request, a copy of my Sentencing Transcript documentation. Sent to me at U.S.P - Allenwood, White Deer Pa. 17887 for legal services as soon as permitted.

Thank you for your time

Thomas Woodward
#05706-070

main copy: